# EXHIBIT A



# GODFREY & KAHN s.c.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

William F. Clarke, Jr., Esq.
Beazley Group
1270 Avenue of the Americas
New York, NY 10020

September 11, 2014

| Invoice No. | 618979 |
|---|---|
| Matter No. | 011383-0001 |

Billing Attorney:
Michael Apfeld

Re:  Ratajczak

For Legal Services Rendered Through July 31, 2014

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-01-2014 | Jonathan Smies | Review brief in support of motion to compel and e-mail exchange with Mr. Medow regarding same. | 0.40 | 138.00 |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| 07-02-2014 | Jonathan Smies | E-mail correspondences with Messrs. Medow and Gill regarding motion to compel. | 0.50 | 172.50 |
| ███ | ███ | ███ | ██ | ██ |
| 07-02-2014 | Jonathan Smies | Final review and filing of motion to compel, objection to confidentiality designation and brief in support of same. | 0.70 | 241.50 |
| ███ | ███ | ███ | ██ | ██ |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ███████ | ███████ | ███████████████ ██████████████ ████████████ | ████ | ████ |
| ███████ | ███████ | ███████████████ ██ | ████ | ████ |
| ███████ | ███████ | ███████████████ ████████████ | ████ | ████ |
| ███████ | ███████ | ███████████████ ████████████ █████████████ ███████████ | ████ | ████ |
| ███████ | ███████ | ███████████████ ███████████ ███ | ████ | ████ |
| ███████ | ███████ | ███████████████ █████████████ ███ | ████ | ████ |
| ███████ | ███████ | ███████████████ ████████████ █████████ | ████ | ████ |
| 07-28-2014 | Jonathan Smies | Review plaintiffs' brief in support of opposition to motion to compel and in support of cross-motion for protective order. | 0.70 | 241.50 |
| ███████ | ███████ | ███████████████ ████ | ████ | ████ |
| ███████ | ███████ | ███████████████ ██████████████ | ████ | ████ |
| ███████ | ███████ | ███████████████ ███████████ ████████ | ████ | ████ |

# GODFREY ■■ KAHN S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500 FAX·414.273.5198

WWW·GKLAW.COM

William F. Clarke, Jr., Esq.
Beazley Group
1270 Avenue of the Americas
New York, NY 10020

September 11, 2014

Invoice No.     618980
Matter No.     011383-0001

Billing Attorney:
Michael Apfeld

Re:    Ratajczak

For Legal Services Rendered Through August 31, 2014

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ■■■■■ | ■■■■■ | ■■■■■■■■■■ | ■■ | ■■ |
| ■■■■■ | ■■■■■ | ■■■■■■■■■■ | ■■ | ■■ |
| ■■■■■ | ■■■■■ | ■■■■■■■■■■ | ■■ | ■■ |
| ■■■■■ | ■■■■■ | ■■■■■■■■■■ | ■■ | ■■ |
| 08-04-2014 | Jonathan Smies | Review draft reply brief in support of motion related to Dandy Veal discovery and opposition to motion for protective order. | 0.40 | 138.00 |
| 08-05-2014 | Jonathan Smies | Prepare appendix of unreported authority. | 0.40 | 138.00 |
| 08-05-2014 | Jonathan Smies | Prepare objections to confidentiality designations. | 0.60 | 207.00 |
| ■■■■■ | ■■■■■ | ■■■■■ | ■■ | ■■ |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-05-2014 | Jonathan Smies | Final review and filing of reply memoranda and objections to confidentiality designations. | 0.70 | 241.50 |