# EXHIBIT A

MAYER·BROWN

July 31, 2014

Mayer Brown LLP
230 South LaSalle Street
Chicago, IL 60604-1404

Invoice Number: 34828275

Main Tel: +1 312 782 0600
Main Fax: +1 312 701 7711
www.mayerbrown.com

Beazley Furlonge Limited
1270 Avenue of the Americas
New York, NY 10020

Firm Tax ID No: 36-1447220

Attn: Mr. William F. Clarke

---

For professional services rendered for the period ended June 30, 2014

Re: **Packerland – Through Fact Discovery**
Matter No: 13419850

**TO BE ELECTRONICALLY SUBMITTED**

Beazley matter # 60251640113

Redacted

Redacted

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/25/14 | **Newman, Alexandra Lee** | Research case law and draft Beazley's Motion to Compel and for Sanctions, according to instructions from M. Gill and J. Medow. | 4.40 |
| | | Redacted | |
| 06/26/14 | **Gill, Michael J.** | Correspondence re discovery dispute on Dandy Veal. Review draft of motion re same. | 0.70 |
| | | Redacted | |
| 06/26/14 | **Newman, Alexandra Lee** | Research case law and draft Motion to Compel Discovery, according to instructions from M. Gill and J. Medow. | 3.20 |
| | | Redacted | |
| 06/27/14 | **Gill, Michael J.** | Edit memo in support of motion to compel re 404(b). | 2.20 |
| | | Redacted | |

Redacted

| | | |
|---|---|---|
| 06/30/14 | **Gill, Michael J.** | 0.80 |
| | Meet and confer on 404(b). Review pleading re same. | |
| 06/30/14 | **Medow, Jonathan C.** | 3.00 |
| | Meet-and-confer conference call; preparation for same; discussions with Gill and telephone call with Smies re: same; worked on motion to compel deposition answers. | |

Redacted

MAYER·BROWN

October 3, 2014

Mayer Brown LLP
230 South LaSalle Street
Chicago, IL 60604-1404

Invoice Number: 34856379

Main Tel: +1 312 782 0600
Main Fax: +1 312 701 7711
www.mayerbrown.com

Beazley Furlonge Limited
1270 Avenue of the Americas
New York, NY 10020

Firm Tax ID No: 36-1447220

Attn: Mr. William F. Clarke

---

For professional services rendered for the period ended August 31, 2014

Re: **Packerland**
**Matter No: 13419850**
**TO BE ELECTRONICALLY SUBMITTED**
**Beazley matter # 60251640113**

Redacted

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 07/01/14 | **Gill, Michael J.**<br>Edit the brief on 404(b) and rev research re same. | 0.60 |
| 07/01/14 | **Medow, Jonathan C.**<br>Worked on brief and ancillary documents in support of motion to compel deposition responses; legal research re: same; drafted and reviewed numerous emails re: same (2.00);     Redacted<br>Redacted | Redacted |
| 07/01/14 | **Newman, Alexandra Lee**<br>Review and revise Motion to Compel Responses to Deposition Questions, according to instructions from M. Gill and J. Medow.<br>Redacted | 5.80 |
| 07/02/14 | **Medow, Jonathan C.**<br>Finalized pleadings in support of motion to compel deposition responses; drafted and reviewed emails re: same. | 3.50 |
| 07/02/14 | **Newman, Alexandra Lee**<br>Review and revise Motion to Compel Responses to Deposition Questions, according to instructions from M. Gill and J. Medow.<br>Redacted | 2.50 |

| | | | |
|---|---|---|---:|
| 08/02/14 | **Medow, Jonathan C.** | | 5.50 |
| | Worked on reply in support of Dandy Veal motion; legal research regarding same. | | |
| 08/02/14 | **Newman, Alexandra Lee** | | 5.00 |
| | Research case law and draft memorandum concerning the procedure for filing motions for protective orders under Federal Rule of Civil Procedure 30(d), as instructed by J. Medow. | | |
| 08/03/14 | **Gill, Michael J.** | | 0.60 |
| | Review research re requirement to file motion for protective order under Rule 30(d). Correspondence re strategy for reply briefs. | | |
| 08/03/14 | **Medow, Jonathan C.** | | 3.00 |
| | Worked on reply in support of Dandy Veal motion; reviewed legal research regarding same. | | |